UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.:  20-cv-00137

APL MICROSCOPIC, LLC,

       Plaintiff,

v.

SECULAR PRO-LIFE, INC. AND KELSEY L. HAZZARD,

       Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

    Plaintiff APL MICROSCOPIC, LLC by and through its undersigned counsel, brings this Complaint against Defendants SECULAR PRO-LIFE, INC. AND KELSEY L. HAZZARD for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

    1.    Plaintiff APL MICROSCOPIC, LLC ("APL"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute APL's original copyrighted works of authorship.

    2.    APL's principal is Andrew Paul Leonard ("Leonard").  Leonard is a highly skilled and experienced creator of microscopic photography.  Currently, Leonard's "cameras" include field emission scanning electron microscopes, and the recently discovered Carl Zeiss SMT, Orion Helium ion-beam scanner.  Using a scientist's tool and "eye" to capture the splendor of a miniscule world beyond the normal range of human vision, Leonard has documented cells and cellular bodies with high contrast experimental imagery and special optical effects to illustrate an

infinitesimally small stage where color and light come together to create a commercial product unlike any available in the commercial photography market today.

3. Leonard's images, which are assigned to APL, are highly desirable, particularly in the medical, pharmaceutical, and biological research industries. APL licenses its copyrighted works, such as the one in this case, to educational publishers, health care companies, and other medical institutions and businesses for use in connection with the study of biology and related fields. Leonard's images are often licensed by APL for use in pharmaceutical advertising.

4. APL's images are in high demand. Leonard's micrography of a bone marrow stem cell was featured on the cover of Time magazine's August 7, 2006 issue. Also that year, Leonard's image of a human embryonic stem cell was featured in Time Magazine as one of "Best Photos" of 2006.

5. APL's images are unique and scarce. Leonard is one of only a very few photographers who are capable of producing quality images of cells. Few if any photographers besides Leonard have successfully captured a quality image of a bone marrow stem cell.

6. Defendant SECULAR PRO-LIFE, INC. ("SPL") is a all-volunteer organization based in Florida, whose mission is to end elective abortion. SPL works towards this goal through secularism, support, education, and legal restriction efforts.

7. Defendant Kelsey Hazzard is the founder and incorporator of SPL

8. APL alleges that SPL copied APL's copyrighted Work from the internet in order to advertise, market and promote their business activities. SPL committed the violations alleged in connection with SPLs' business for purposes of advertising and promoting sales to the public in the course and scope of SPLs' business.

## JURISDICTION AND VENUE

9. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

10. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

11. Defendants are subject to personal jurisdiction in Florida.

12. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

13. Secular Pro-Life, Inc. is a Florida corporation with its principal place of business at 3745 27 Avenue SW, Naples, FL 34117, and can be served by serving its Registered Agent, Ms. Kelsey Hazzard, 3745 27 Avenue SW, Naples, FL 34117.

14. Kelsey Hazzard is the president of Secular Pro-Life, Inc. and can also be served either at the same address as Secular Pro-Life, Inc. or at her personal residence at 4355 Butterfly Orchid Lane, Naples, FL 34119.

## THE COPYRIGHTED WORK AT ISSUE

15. In 1996, APL created a photograph entitled "Scanning electron Microscopy of Human Bone Marrow Stem Cells Image 3," which is shown below and referred to herein as the "Work".



16.     APL registered the Work with the Register of Copyrights on December 20, 2007 and was assigned the registration number VA 1-426-178.  The Certificate of Registration is attached hereto as Exhibit 1.

17.     At all relevant times APL was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

18.     SPL have never been licensed to use the Work at issue in this action for any purpose.

19.     On a date after the Work at issue in this action was created, but prior to the filing of this action, SPL copied the Work.

20.     SPL copied APL's copyrighted Work without APL's permission.

21.     After SPL copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its "Adult Stem Cell Research In Court" post on their website's blog.

22. SPL copied and distributed APL's copyrighted Work in connection with SPL's business for purposes of advertising and promoting SPLs' business, and in the course and scope of advertising and selling products and services.

23. APL's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. SPL committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

25. APL never gave SPL permission or authority to copy, distribute or display the Work at issue in this case.

26. APL notified SPL of the allegations set forth herein on May 31, 2019, and July 7, 2019. SPL replied on June 14, 2019, to the initial notice stating the nature of their organization and activities, the history of their blog post in conjunction with Work, and that they would provide no further correspondence concerning this matter. SPL has not replied since then. Copies of the Notices to SPL and SPL's response are attached hereto respectively as Exhibit 3 and Exhibit 4.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Plaintiff incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. APL owns a valid copyright in the Work at issue in this case.

29. APL registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. SPL copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without APL's authorization in violation of 17 U.S.C. § 501.

31. SPL performed the acts alleged in the course and scope of its business activities.

32. SPLs' acts were willful.

33. APL has been damaged.

34. The harm caused to APL has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Secular Pro-Life, Inc. and Kelsey L. Hazzard that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendants be required to pay Plaintiff its actual damages and Defendantss' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct;

    e. Plaintiff be awarded prejudgment interest; and

    f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 28, 2020

Respectfully submitted,

*/s/ Joel B. Rothman*
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21310 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff APL Microscopic, LLC*